UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
RUSSELL KANE,

         Plaintiff,

 -against-

NBC SPORTS GOLD, LLC, et al.,

         Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 3234 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  On November 6, 2020, I held a telephonic status conference in the above-captioned matter. This matter shall proceed as follows:

1. On or before Wednesday, November 11, 2020, Defendant shall, by email to Plaintiff, describe the modifications made to the web page about which Plaintiff complains, provide screen shots thereof, and state its opinion as to the sufficiency of said web page, as modified, under law.  Plaintiff shall, by email sent the next day to Defendant, describe any remaining deficiencies.  The parties shall seek to resolve such deficiencies and, by November 18, 2020, by joint letter filed on ECF, describe any disagreements.

2. The parties shall appear for a telephonic status conference in this case on November 20, 2020, at 10:00 a.m.  The conference will be held via the following call-in number:

    Dial:  888-363-4749

    Access code: 7518680

All participants are directed to call in at least 5 minutes prior to the start of the conference. No later than November 18, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:    November 9, 2020          _____/s/_____
               New York, New York        ALVIN K. HELLERSTEIN
                                               United States District Judge