UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
Russell Kane,                                :
                                             :
                                             :          **ORDER REGULATING**
                        Plaintiff,           :          **PROCEEDINGS**
                                             :
    -against-                                :          20 Civ. 3234 (AKH)
                                             :
                                             :
                                             :
NBC Sports Gold LLC, et al,                  :
                                             :
                        Defendants.          :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 20, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Parties are hereby ordered to appear for a status conference on December 4, 2020 at 10 a.m.  A case management plan shall be filed by December 2, 2020.

        SO ORDERED.

Dated:    November 20, 2020        _____/s/_____
               New York, New York        ALVIN K. HELLERSTEIN
                                         United States District Judge